[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10827
Non-Argument Calendar

_____

D.C. Docket No. 0:19-cr-60344-RKA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGENIOR PIERRE PAUL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 17, 2021)

Before WILSON, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

Thomas Sclafani, appointed counsel for Rogenior Paul in this direct criminal

appeal, has moved to withdraw from further representation of Paul and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that Sclafani's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Sclafani's motion to withdraw is **GRANTED**, and Paul's conviction and sentence are **AFFIRMED**.